**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6319**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD MAURICE JAMES, a/k/a Cheeks,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-94-79, CA-97-453-3)

_____

Submitted: July 2, 1998          Decided: July 27, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bernard Maurice James, Appellant Pro Se. William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Mary Hannah Lauck, James Brien Comey, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. James, Nos. CR-94-79; CA-97-453-3 (E.D. Va. Jan. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED